# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0092
_____

JOHNNY R. GAFFNEY,

Appellant,

v.

GARY LEE PRINTY,

Appellee.

_____

On appeal from the County Court for Leon County.
Stefanie M. Newlin, Judge.

April 8, 2024

PER CURIAM.

AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Johnny R. Gaffney, pro se, Appellant.

Gary Lee Printy, pro se, Appellee.